IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DEWITT SHOTTS                                                                              PLAINTIFF

v.                          Case No. 4:08-cv-1779-DPM

UNITED STATES OF AMERICA                                                    DEFENDANT

v.

DEWITT SHOTTS                                              COUNTERCLAIM DEFENDANT

JUDGMENT

Shotts's complaint, *Document No. 1*, is dismissed with prejudice by agreement.  On Count I of the United States's counterclaim, judgment is entered in favor of the United States and against Dewitt Shotts in the amount of $217,701.70, plus statutory interest accruing according to law from the date of assessment until the judgment is paid.  On Count II of the United States's counterclaim, judgment is entered in favor of the United States and against Dewitt Shotts in the amount of $305,884.08, plus statutory interest accruing according to law from the date of assessment until the judgment is paid.

*signature*

D.P. Marshall Jr.
United States District Judge

10 May 2011